**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHN CARLTON,**

      **Plaintiff,**                                     CASE NO.:   8:19-cv-00086-WFJ-AAS

v.

**USI SOLUTIONS, INC., and**
**AACANET, INC.,**

      **Defendants.**
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW**, Plaintiff, **JOHN CARLTON** ("Plaintiff"), by and through the undersigned counsel, and hereby pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) notifies this Court that Plaintiff's cause against Defendants, **USI SOLUTIONS, INC. `AACANET, INC.,** (collectively "Defendants"), should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **May 3, 2019**,

                                                        */s/  Kaelyn Steinkraus*
                                                        Kaelyn Steinkraus, Esq.
                                                        Florida Bar No. 125132
                                                        kaelyn@zieglerlawoffice.com

                                                        Michael A. Ziegler, Esq.
                                                        Florida Bar No. 74864
                                                       mike@zieglerlawoffice.com

                                                        Law Office of Michael A. Ziegler, P.L.
                                                        13575 58th Street North, Ste. 129
                                                        Clearwater, FL 33760
                                                        (p)  (727) 538-4188
                                                        (f)  (727) 362-4778
                                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this **03** day of **May, 2019**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            */s/ Kaelyn Steinkraus*
                                            Kaelyn Steinkraus, Esq.
                                            Florida Bar No. 125132